## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**PARAMETRICS MEDICAL, LLC,**

        **CASE NO. _____**

    **Plaintiff,**

**v.**

        **COMPLAINT**

**WOUND RX MEDICAL SERVICES
OF FLORIDA, LLC,**

     **Defendant.**

Plaintiff Parametrics Medical, LLC, for its Complaint against Defendant Wound Rx Medical Services of Florida, LLC, states:

### PARTIES AND JURISDICTION

1.    Plaintiff Parametrics Medical, LLC is a Delaware limited liability company with its principal place of business in Leander, Texas.

2.    Parametrics Medical has two members, Iron Herd Group, LLC and the Daniel W. Leary Revocable Living Trust. In turn, Iron Herd Group, LLC has two members, Daniel Leary and Christina Leary, and Daniel Leary is the Trustee of the Living Trust.

3.    Daniel and Christina Leary are citizens of Texas.

4.    Defendant Wound Rx Medical Services of Florida, LLC ("Wound Rx") is a Florida limited liability company with its principal place of business in Osprey, Florida.

1

5.      On information and belief, Wound Rx has two members, Olga Buckhannon and Karen Fordham, who are both citizens of Florida.[1]

6.      In its Electronic Articles of Organization for Limited Liability Company, filed with the Florida Secretary of State on July 3, 2024, Wound Rx identifies Buckhannon and Fordham as its two managers.

7.      The Articles list addresses for both Buckhannon and Fordham in St. Petersburg, Florida.

8.      Wound Rx's 2025 Florida Limited Liability Company Annual Report, filed with the Florida Secretary of State on February 5, 2025, identifies both Buckhannon and Fordham as managers and lists addresses for both in Osprey, Florida.

9.      Fordham electronically signed Wound Rx's 2026 Florida Limited Liability Company Amended Annual Report on April 2, 2026, as Wound Rx's registered agent and filed it with Florida Secretary of State the same day.

10.     Wound Rx's 2026 Florida Limited Liability Company Amended Annual Report provides that the registered agent's address is in Osprey, Florida.

11.     Wound Rx's 2026 Florida Limited Liability Company Amended Annual Report further identifies Fordham as Wound Rx's manager and lists an address in Osprey, Florida.

12.     The Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a)(1)

---

[1] Based on a search of public records, Ms. Buckhannon owns homestead property in Sarasota, Florida, and has had an active Florida driver's license and vehicle registration since at least 2024. Ms. Fordham also owns homestead property in Sarasota, Florida, and has had an active Florida driver's license and vehicle registration since at least 2020.

because the parties are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs.

13.   Pursuant to 28 U.S.C. § 1391(b), venue is proper in the U.S. District Court for the Middle District of Florida, Tampa Division, because a substantial part of the events or omissions giving rise to the claims in this action occurred in the Middle District (Sarasota County, Florida), and this Court has personal jurisdiction over Wound Rx.

## BACKGROUND

14.   Parametrics Medical provides, supplies, and distributes, among other things, human cell and tissue products to physicians, health care clinics, and hospitals nationwide.

15.   Wound Rx is a health care clinic that, among other things, purchases human cell and tissue products.

16.   Between November 2025 and January 2026, Wound Rx purchased different sizes of Resolve Matrix Biologic Membranes from Parametrics Medical.

17.   Parametrics Medical fully performed its obligations by delivering shipments of the Resolve Matrix Biologic Membranes to Wound Rx.

18.   Wound Rx accepted the goods, and it has never contended that the goods suffered from any defects.

19.   Parametrics Medical issued three invoices to Wound Rx for the Resolve Matrix Biologic Membranes, totaling $507,347.10.

20.   Wound Rx has not paid for the goods that Parametrics Medical supplied.

3

21.     Following Wound Rx's failure to pay for the goods supplied, Parametrics Medical presented demands for payment to Wound Rx by, among other means, two letters sent certified mail, return receipt requested, postmarked May 14, 2026, and addressed to Wound Rx, care of its registered agent, and to Karen Fordham.

22.     More than 30 days have passed since the demands were presented, but Wound Rx has not tendered any amount on the unpaid invoices.

23.     Wound Rx also owes Parametrics Medical interest on its outstanding balance in accordance with Florida law.

**COUNT I**
**Breach of Contract**

24.     Parametrics Medical re-alleges paragraphs 1 through 23 as though fully restated.

25.     This is an action for damages in excess of $75,000.00, not including interest and attorneys' fees and costs.

26.     The parties entered into an enforceable contract for the sale of the Resolve Matrix Biologic Membranes.  A copy of the contract is attached hereto as Exhibit A.

27.     Parametrics Medical fulfilled its obligations to Wound Rx under the parties' contract.

28.     Wound Rx accepted the goods.

29.     Wound Rx breached the contract by failing to pay the outstanding balance on the invoices, totaling $507,347.10.

4

30.    As a result of Wound Rx's failure to pay, Parametrics Medical has suffered damages in the amount of $507,347.10, plus statutory interest, attorney's fees, and the costs of bringing this action.

31.    All conditions precedent to the relief demanded herein have been performed, waived, or otherwise have occurred.

32.    Parametrics Medical is entitled to its attorney's fees incurred in this action.

WHEREFORE, Parametrics Medical seeks a judgment from the Court in its favor and against Wound Rx for damages in the amount of $507,347.10, plus statutory interest, attorney's fees, costs of this action, and other relief the Court deems just and appropriate.

## COUNT II
### Account Stated

33.    Parametrics Medical re-alleges paragraphs 1 through 23 as though fully restated.

34.     Parametrics Medical delivered the goods to Wound Rx in accordance with the parties' agreement.

35.    Parametrics Medical accurately invoiced Wound Rx for the goods.

36.    Wound Rx acquiesced in the existence of its account owing to Parametrics Medical.  Wound Rx also failed to object to the outstanding invoices in a reasonable amount of time.

37.    Despite Parametrics Medical's demands, Wound Rx has not paid the

outstanding balance on the invoices, totaling $507,347.10.

38.    As a result of Wound Rx's failure to pay, Parametrics Medical has suffered damages in the amount of $507,347.10, plus statutory interest, attorney's fees, and the costs of bringing this action.

39.    All conditions precedent to the relief demanded herein have been performed, waived, or otherwise have occurred.

40.    Parametrics Medical is entitled to its attorney's fees incurred in this action.

WHEREFORE, Parametrics Medical seeks a judgment from the Court in its favor and against Wound Rx for damages in the amount of $507,347.10 in principal, plus statutory interest, attorney's fees, costs of this action, and other relief the Court deems just and appropriate.

Dated: August 13, 2026.

By: */s/ Caycee D. Hampton*
Caycee D. Hampton
Florida Bar No. 100922
Meredith Little
Florida Bar No. 1050733
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
Primary Email:
champton@carltonfields.com
mlittle@carltonfields.com

6

Secondary Email:
mfarris@carltonfields.com


Brandon R. Underwood (pro hac vice
forthcoming)
Caleb A. Piersma (pro hac vice
forthcoming)
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone: (515) 242-8900
Facsimile: (515) 242-8950
Email: bunderwood@fredlaw.com
        cpiersma@fredlaw.com

7